CHARLES G. LA BELLA (CSBN 183448)
charles.labella@btlaw.com
ERIC BESTE (CSBN 226089)
eric.beste@btlaw.com
ZACHARY P. HELLER (NYBN 5330154; CA Admission pending)
zachary.heller@btlaw.com
**BARNES & THORNBURG LLP**
655 West Broadway, Suite 900
San Diego, California 92101
Telephone:  619.321.5000
Facsimile:   619.284.3894

Attorneys for Plaintiff,
Public Watchdogs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUBLIC WATCHDOGS, a California 501(c)(3) corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN CALIFORNIA EDISON COMPANY; SAN DIEGO GAS & ELECTRIC COMPANY; SEMPRA ENERGY; HOLTEC INTERNATIONAL; UNITED STATES NUCLEAR REGULATORY COMMISSION; and DOES 1 through 100,<br><br>Defendants. | Case No.: 3:19-CV-01635-JM-MSB<br><br>**PROOF OF SERVICE** |

I, Laurie A. Rossi, declare:

I am a citizen of the United States and employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 655 W. Broadway, Suite 900, San Diego, CA 92101-8484. On September 3, 2019, I served a copy of the following pleadings described as:

> Summons in a Civil Action, Complaint, Civil Cover Sheet, Motion for Preliminary Injunction and Temporary Restraining Order, and Memorandum of Points and Authorities in Support, Declaration of Nina Babiarz in Support of Motion for Preliminary Injunction and Temporary Restraining Order, and Memorandum of Points and Authorities in Support; Declaration of Charles G. La Bella in Support of Motion for Preliminary Injunction and Temporary Restraining Order

by placing the document(s) listed above in a sealed box with postage thereon fully prepaid, sent via certified mail, return receipt requested, in the United States mail at San Diego, California addressed as set forth below.

### SERVICE LIST

| | |
|---|---|
| Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue<br>NW Washington, DC 20530-0001 | U.S. Nuclear Regulatory Commission<br>Kristine L. Svinicki, Chair of the NRC<br>Marian Zobler, General Counsel<br>11555 Rockville Pike, 17th Floor<br>Rockville, MD 20852 |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 4, 2019, at San Diego, California.

*/s/ Laurie A. Rossi*
Laurie A. Rossi

| Attorney or Party without Attorney:<br>BARNES & THORNBURG, LLP<br>CHARLES G. LA BELLA, ESQ. (183448)<br>655 W Broadway, Suite 900<br>San Diego, CA 92101<br>   Telephone No: 619-321-5000<br>   Attorney For: Plaintiff | | | | Ref. No. or File No.:<br>78833.2 | For Court Use Only |
|---|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA | | | | | |
| Plaintiff: Public Watchdogs, a California 501(c)(3) corporation<br>Defendant: Southern California Edison Company, et al. | | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>19-cv-1635-JM-MSB | |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action, Complaint, Civil Cover Sheet, Motion for Preliminary Injunction and Temporary Restraining Order, and Memorandum of Points and Authorities in Support, Declaration of Nina Babiarz in Support of Motion for Preliminary Injunction and Temporary Restraining Order, Notice of Related Cases, Amended Motion for Preliminary Injunction and Temporary Restraining Order, and Memorandum of Points and Authorities in Support, Declaration of Charles G. La Bella in Support of Motion for Preliminary Injunction and Temporary Restraining Order

3. a. Party served:     US ATTORNEY'S OFFICE
   b. Person served:    Mary Wiggins, Civil Process Clerk, Authorized to Accept Served Under F.R.C.P. Rule 4.

4. *Address where the party was served:*   880 FRONT STREET, SUITE 6293, SAN DIEGO, CA 92101

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Sep 03 2019 (2) at: 02:10 PM

6. *Person Who Served Papers:*
   a. Pat Lampietti (3352, San Diego County)
   b. FIRST LEGAL
      1111 6th Avenue, Ste. 204
      SAN DIEGO, CA 92101
   c. (619) 231-9111
   
   d. *The Fee for Service was:* $857.20

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

|  |  |
|---|---|
| 09/04/2019 | *Pat Lampietti* |
| (Date) | (Signature) |



PROOF OF SERVICE

3727490
(841323)