UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUBLIC WATCHDOGS, a California 501(c)(3) corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN CALIFORNIA EDISON COMPANY; SAN DIEGO GAS & ELECTRIC COMPANY; SEMPRA ENERGY; HOLTEC INTERNATIONAL; UNITED STATES NUCLEAR REGULATORY COMMISSION; and DOES 1 through 100,<br><br>Defendants. | Case No.: 19-CV-1635 JLS (MSB)<br><br>**ORDER *SUA SPONTE* CONTINUING HEARING**<br><br>(ECF Nos. 2, 5, 41, 42, 47) |

Presently before the Court are Plaintiff Public Watchdogs' original (ECF No. 2) and amended (ECF No. 5) Motions for Preliminary Injunction and the Motions to Dismiss filed by Defendants Holtec International (ECF No. 41); Southern California Edison Company, San Diego Gas & Electric Company, and Sempra Energy (ECF No. 42); and the United States Nuclear Regulatory Commission (ECF No. 47) (together, the "Motions"), all of which are calendared to be heard on November 7, 2019.

///

1   On its own motion and to accommodate its schedule, the Court **CONTINUES** the
2   hearing on the Motion to <u>Monday, November 25, 2019, at 2:00 p.m., in Courtroom 4D</u>.
3   **IT IS SO ORDERED.**

5   Dated: November 1, 2019

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge