ROBERT S. BREWER, JR.
United States Attorney
VALERIE E. TORRES
Assistant U.S. Attorney
California Bar No. 223011
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7644
Fax: (619) 546-7751
Email: valerie.torres@usdoj.gov

Attorneys for the United States Nuclear Regulatory Commission

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUBLIC WATCHDOGS, a California 501(c)(3) corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN CALIFORNIA EDISON COMPANY; SAN DIEGO GAS & ELECTRIC COMPANY; SEMPRA ENERGY; HOLTEC INTERNATIONAL; UNITED STATES NUCLEAR REGULATORY COMMISSION; and DOES 1 through 100,<br><br>Defendants. | Case No.: 19-cv-1635-JLS (MSB)<br><br>**NOTICE OF RELATED CASE**<br><br>JUDGE: Hon. Janis L. Sammartino |

Pursuant to CivLR 40.1(f) and (g), the undersigned counsel for Defendant United State Nuclear Regulatory Commission ("NRC") hereby gives notice that this case is related to an action filed by Plaintiff before the Ninth Circuit Court of Appeals, *Public Watchdogs v. United States Nuclear Regulatory Commission*, Case No. 19-72670 ("*Public Watchdogs III*").

On October 21, 2019, Plaintiff filed an "Emergency Petition for Writ of Mandamus" seeking emergency relief from the Ninth Circuit. *See Public Watchdogs III*, Doc. No. 1. Similar to the instant action, Plaintiff's Petition centers on the spent nuclear fuel loading operations at the San Onofre Nuclear Generating Station ("SONGS"). Plaintiff asserts that "every eight days," the licensees at SONGS "are able to transfer more spent fuel into a new canister and bury it at SONGS," and absent relief from the Court of Appeals, the "Licensees will continue their aggressive burial schedule." *Id.* at 3. Accordingly, Plaintiff asks the Ninth Circuit to issue a writ compelling the NRC to suspend decommissioning operations at SONGS and effectively stop the fuel transfer operations. *Id.* at 1-3. As in this action, Plaintiff named the NRC as a party, and on November 20, 2019, Southern California Edison Company, also a named defendant in this action, moved to intervene. *See Public Watchdogs III*, Doc. No. 9. In addition, the basis for relief in both cases focuses on the dry storage of spent nuclear fuel at SONGS and alleged danger posed by the fuel loading operations and use of the Holtec storage system. *Compare* Plaintiff's Amended Complaint, ECF No. 38 at 18-40 (complaining about the Holtec storage system and the fuel loading operations at SONGS) *with Public Watchdogs III*, Doc. No. 1 at 23-28 (describing the Holtec canisters and fuel loading operations and resumption of same); 32-36 (describing the fuel loading operations as a basis for mandamus relief and the "existential threat posed" to Southern California residents).

The NRC further notes that, yesterday, November 21, 2019, the Ninth Circuit acknowledged Plaintiff's petition and ordered a response by the Agency by December 2, 2019. *Public Watchdogs III*, Doc. No. 11. Thus, while this Court and the parties prepare for argument on November 25, 2019 relating to motions concerning the fuel loading

1  operations at SONGS, including whether to halt those operations, the Ninth Circuit
2  prepares to consider whether to grant Plaintiff the same relief relating to the same conduct.
3
4  DATED:   November 22, 2019          Respectfully submitted,
5
6                                       ROBERT S. BREWER, JR.
                                        United States Attorney
7
8   <u>s/ Valerie E. Torres</u>
    Valerie E. Torres
9   Assistant United States Attorney
    Attorneys for Defendant United States
10  Nuclear Regulatory Commission