FILED

JAN 27 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PUBLIC WATCHDOGS, a California 501(c)(3) corporation,<br><br>          Plaintiff-Appellant,<br><br>  v.<br><br>SOUTHERN CALIFORNIA EDISON COMPANY; et al.,<br><br>          Defendants-Appellees. | No.   19-56531<br><br>D.C. No.<br>3:19-cv-01635-JLS-MSB<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before: PAEZ and N.R. SMITH, Circuit Judges.

The motion to expedite (Docket Entry No. 6) is granted.

The opening brief is due February 10, 2020. The answering briefs are due March 31, 2020. The optional reply brief is due April 13, 2020.

The Clerk will place this appeal on the calendar for June 2020. *See* 9th Cir. Gen. Order 3.3.

AC/MOATT